| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>PADOVA, JOHN R. | 2. Court or Organization<br><br>EASTERN DISTRICT OF PA | 3. Date of Report<br><br>06/28/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>17613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Regina Academies |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 03/31/17 - 04/01/17 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge and spouse. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK CHKG (J) | A | Interest | K | T | | | | | |
| 2. ▮▮▮▮▮ IRA PNC(S) | A | Interest | K | T | | | | | |
| 3. Boston Capital (J) 17 | A | Interest | J | T | | | | | |
| 4. Bank Chkg & Sav. (J) Citizens Bank | A | Interest | J | T | | | | | |
| 5. Exelon (J) | A | Dividend | K | T | | | | | |
| 6. USAA Sav-Act | A | Interest | K | T | | | | | |
| 7. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 8. Boston Cap SER 15 & 18 (J) | A | Interest | J | T | | | | | |
| 9. Vanguard Bond Market - IRA | C | Dividend | M | T | | | | | |
| 10. Vanguard 500 - IRA | D | Dividend | N | T | | | | | |
| 11. PNC Bank Sav. (S) & Ckg (S) | A | Interest | L | T | | | | | |
| 12. Bernstein Div. Mun SNDPX (S) | B | Dividend | L | T | | | | | |
| 13. AllianceBernstein Multi Manager Alt. Fnd IRA (AB15670) | A | Dividend | M | T | Buy (add'l) | 01/01/17 | J | | |
| 14. AB Discovery Growth CHCYX (S) | | None | J | T | | | | | |
| 15. AB Discovery Value ABYSK (S) | A | Dividend | J | T | | | | | |
| 16. AB International Small Cap Portfolio (S) | A | Dividend | K | T | | | | | |
| 17. AB International Strategic Equities Portfolio (S) | A | Dividend | K | T | Buy (add'l) | 08/07/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/15/17 | L | | |
| 19. AB Small Cap Core Portfolio (S) | A | Dividend | J | T | | | | | |
| 20. Adobe Systems Inc. (S) (X) | | None | J | T | | | | | |
| 21. AETNA INC (S) | A | Dividend | J | T | | | | | |
| 22. Google GOOG (S) | | None | J | T | | | | | |
| 23. Altria Group Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 24. American Electric Power (S) (X) | A | Dividend | J | T | | | | | |
| 25. American International Goup | A | Dividend | J | T | | | | | |
| 26. Apple AAPL (S) | A | Dividend | J | T | | | | | |
| 27. Bank of America BAC (S) | A | Dividend | J | T | | | | | |
| 28. Bernstein Div. Mun. SNDPX (J) | B | Dividend | M | T | Buy (add'l) | 06/06/17 | J | | |
| 29. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 30. Bernstein Emerging Mkts Fund SNEMX (S) | A | Dividend | J | T | Sold (part) | 08/07/17 | J | | |
| 31. Bernstein Tax-Man Inter. SNIVX (S) | A | Dividend | K | T | Sold (part) | 08/07/17 | J | | |
| 32. Biogen BIIB (S) | | None | J | T | | | | | |
| 33. Boeing Co/The (S) (X) | A | Dividend | J | T | | | | | |
| 34. Capital One COF (S) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CDW Corp/DE (S) (X) | A | Dividend | J | T | | | | | |
| 36. Cerner Corp (S) (X) | | None | J | T | | | | | |
| 37. Cisco Systesm (S) (X) | A | Dividend | J | T | | | | | |
| 38. Comcast CMCSA (S) | A | Dividend | J | T | | | | | |
| 39. Costco Wholesale Corp (S) (X) | A | Dividend | J | T | | | | | |
| 40. CVS (S) (Y) | | | | | | | | | |
| 41. Devon Entergy Corporation (S) (X) | A | Dividend | J | T | | | | | |
| 42. Dollar General Corp DG (S) (Y) | | | | | | | | | |
| 43. Dow Chemical Co (S) | A | Dividend | J | T | | | | | |
| 44. Eaton Corp PLC (S) (X) | A | Dividend | J | T | | | | | |
| 45. Ebay Inc. (S) (X) | | None | J | T | | | | | |
| 46. Edison International (S) (X) | A | Dividend | J | T | | | | | |
| 47. Edwards Lifesciences (S) (X) | | None | J | T | | | | | |
| 48. EOG Resources Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 49. Exxon Mobil Corp (S) | A | Dividend | J | T | Buy (add'l) | 12/15/17 | J | | |
| 50. | | | | | Sold (part) | 06/02/17 | J | | |
| 51. Facebook Inc-A (S) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Firstserv Inc. (S) (X) | | None | J | T | | | | | |
| 53. FNF Group (S) (X) | A | Dividend | J | T | | | | | |
| 54. Gilead Sciences GILD (S) | A | Dividend | J | T | | | | | |
| 55. Goldman Sachs Group Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 56. Hewlett-Packard HPQ (S) (Y) | | | | | | | | | |
| 57. Home Depot HPQ (S) | A | Dividend | | | Sold | 11/20/17 | J | | |
| 58. Honeywell International Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 59. HP Inc. (S) | A | Dividend | J | T | | | | | |
| 60. Intel Corp (S) (X) | A | Dividend | J | T | | | | | |
| 61. Intl Business Machines Corp (S) (Y) | | | | | | | | | |
| 62. Intuitive Surgical Inc. (S) (X) | | None | J | T | | | | | |
| 63. Johnson & Johnson (S) | A | Dividend | | | Sold | 06/05/17 | J | | |
| 64. JP Morgan Chase & Co (S) | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 65. Kimberly-Clark Corp (S) (X) | A | Dividend | J | T | | | | | |
| 66. Kroger KR (S) (Y) | | | | | | | | | |
| 67. L3 Technologies, Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 68. Magna International Inc. (S) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Marathon Petroleum Corp (S) (X) | A | Dividend | J | T | | | | | |
| 70. Mcdonald's Corp (S) | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 71. Medtronic PLC (S) | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 72. Merck & Co. Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 73. Microsoft Corp MSFT (S) (Y) | | | | | | | | | |
| 74. Mid-America Apartment Comm (S) | A | Dividend | J | T | Buy | 06/01/17 | J | | |
| 75. Nike Inc. - Cl B NKE (S) | A | Dividend | J | T | | | | | |
| 76. Nisource Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 77. Norfolk Southern Corp (S) (X) | A | Dividend | J | T | | | | | |
| 78. Northrop Grumman Corp (S) (X) | A | Dividend | J | T | | | | | |
| 79. Oracle Corp (S) (X) | A | Dividend | J | T | | | | | |
| 80. Oshkosh Corp (S) (X) | A | Dividend | J | T | | | | | |
| 81. Pepsico Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 82. Pfizer PFE (S) | A | Dividend | J | T | | | | | |
| 83. Priceline PCLN (S) | | None | J | T | | | | | |
| 84. Quest Diagnositics Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 85. Rayheon Company (S) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ross Stores Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 87. S&P Global Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 88. Schlumberger LTD (S) (X) | A | Dividend | J | T | | | | | |
| 89. Starbucks SBUX (S) | A | Dividend | J | T | | | | | |
| 90. Synchrony Financial (S) (X) | A | Dividend | J | T | | | | | |
| 91. Texas Instruments Inc. (S) | A | Dividend | J | T | | | | | |
| 92. T-Mobile US Inc. (S) (X) | | None | J | T | | | | | |
| 93. Tyson Foods Inc-Cl A (S) (X) | A | Dividend | J | T | | | | | |
| 94. Unitedhealth Group Inc. UNH (S) | A | Dividend | J | T | | | | | |
| 95. US Bancorp (S) | A | Dividend | J | T | | | | | |
| 96. Verizon Communications, Inc. (S) | A | Dividend | | | Sold | 05/25/17 | J | | |
| 97. VISA Inc V (S) | A | Dividend | J | T | | | | | |
| 98. Wal-Mart Stores Inc. (S) | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 99. Walt Disney DIS (S) | A | Dividend | J | T | | | | | |
| 100. Wells Fargo WFC (S) | A | Dividend | J | T | | | | | |
| 101. Xilinix Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 102. Zoetis Inc. (S) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  AB Discovery Growth Fnd (J) | | None | J | T | | | | | |
| 104.  AB Discovery Value Fnd (J) | A | Dividend | J | T | | | | | |
| 105.  AB International Small Cap Portfolio (J) | A | Dividend | K | T | Buy (add'l) | 12/12/17 | J | | |
| 106.  AB International Strategic Equities Portfolio (J) | A | Dividend | L | T | Sold (part) | 05/31/17 | J | | |
| 107. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 108. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 109. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 110.  AB Small Cap Core Portfolio Adv (J) | A | Dividend | J | T | | | | | |
| 111.  Adobe Systems Inc. (J) (X) | | None | J | T | | | | | |
| 112.  AETNA AET (J) | A | Dividend | J | T | | | | | |
| 113.  Google Inc-CL C (J) | | None | J | T | | | | | |
| 114.  Altria Group Inc (J) | A | Dividend | J | T | | | | | |
| 115.  American Electric Power (J) (X) | A | Dividend | J | T | | | | | |
| 116.  American International Group (J) | A | Dividend | J | T | | | | | |
| 117.  Amphenol Corp CL A (J) (Y) | | | | | | | | | |
| 118.  Anthem Inc. ANTM (J) (Y) | | | | | | | | | |
| 119.  Apple Inc (J) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bank of America (J) | A | Dividend | J | T | | | | | |
| 121. Bernstein Diversified Municipal Portfolio SNDPX (J) | C | Dividend | M | T | Buy (add'l) | 01/10/17 | J | | |
| 122. | | | | | Buy (add'l) | 11/22/17 | K | | |
| 123. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 124. Bernstein Emerging Mkts (J) | A | Dividend | J | T | Sold (part) | 08/07/17 | J | | |
| 125. Bernstein Tax-Managed International Portfolio (J) | A | Dividend | K | T | Buy (add'l) | 01/10/17 | J | | |
| 126. | | | | | Sold (part) | 03/31/17 | J | | |
| 127. | | | | | Sold (part) | 05/31/17 | J | | |
| 128. | | | | | Sold (part) | 08/07/17 | J | | |
| 129. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 130. Biogen Inc. (J) (X) | | None | J | T | | | | | |
| 131. Boeing Co/The (J) (X) | A | Dividend | J | T | | | | | |
| 132. CBS Corp-Class B Non Voting (J) (X) | A | Dividend | J | T | | | | | |
| 133. CDW Corp/DE (J) (X) | A | Dividend | J | T | | | | | |
| 134. Cerner Corp (J) (X) | | None | J | T | | | | | |
| 135. Cisco Systems Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 136. Comcast Corp-Class A CMCSA (J) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Conagra Brands Inc (J) (X) | A | Dividend | | | Sold | 09/27/17 | J | | |
| 138.  Costco Whlse Corp (J) | A | Dividend | J | T | | | | | |
| 139.  CVS Health Corp (J) (Y) | | | | | | | | | |
| 140.  Devon Energy Corporation (J) (X) | A | Dividend | J | T | | | | | |
| 141.  Dollar General Corp DG (J) (Y) | | | | | | | | | |
| 142.  Dow Chemical Co (J) | A | Dividend | J | T | | | | | |
| 143.  Dr. Pepper Snapple Group Inc. (J) (X) | A | Dividend | | | Sold | 06/23/17 | J | | |
| 144.  Eaton Corp PlC (J) | A | Dividend | J | T | | | | | |
| 145.  EBAY Inc. EBAY (J) | | None | J | T | | | | | |
| 146.  Edison International (J) | A | Dividend | J | T | | | | | |
| 147.  Edwardss Lifesciences (J) (X) | | None | J | T | | | | | |
| 148.  EOG Resources (J) | A | Dividend | J | T | | | | | |
| 149.  Exelon Corporation EXC (J) | A | Dividend | K | T | | | | | |
| 150.  Exxon Mobil Corp (J) | A | Dividend | J | T | Sold (part) | 06/02/17 | J | | |
| 151. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 152.  Facebook Inc-A (J) | | None | J | T | | | | | |
| 153.  Fiserv Inc. (J) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FNF Group (J) (X) | A | Dividend | J | T | | | | | |
| 155. General Electric (J) (Y) | | | | | | | | | |
| 156. Gilead Sciences (J) | A | Dividend | J | T | | | | | |
| 157. Goldman Sachs Group Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 158. Hewlett-Packard (J) (Y) | | | | | | | | | |
| 159. Home Depot Inc. HD (J) (Y) | | | | | | | | | |
| 160. Honeywell International Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 161. HP Inc. (J) | A | Dividend | J | T | | | | | |
| 162. Intel Corp (J) (X) | A | Dividend | J | T | | | | | |
| 163. Intuitive Surgical Inc. (J) (X) | | None | J | T | | | | | |
| 164. Johnson & Johnson (J) | A | Dividend | | | Sold | 06/05/17 | J | | |
| 165. JP Morgan Chase & Co. (X) | A | Dividend | J | T | | | | | |
| 166. Kroger (J) (Y) | | | | | | | | | |
| 167. Kimberly-Clark Corp (J) | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 168. L3 Technologies Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 169. Magna International Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 170. Marathon Petroleum Corp. (J) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Mcdonald's Corp (J) | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 172. Mckesson Corp (J) (X) | A | Dividend | J | T | | | | | |
| 173. Medtronic Plc (J) (X) | A | Dividend | J | T | | | | | |
| 174. Merck & Co. Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 175. Microsoft Corp (J) | A | Dividend | J | T | | | | | |
| 176. Mid-America Apartment Comm (J) (X) | A | Dividend | J | T | | | | | |
| 177. Nike Inc-CL B (J) | A | Dividend | J | T | | | | | |
| 178. Nisource Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 179. Norfolk Southern Corp (J) (X) | A | Dividend | J | T | | | | | |
| 180. Northrop Grumman (J) | A | Dividend | J | T | | | | | |
| 181. Oracle Corp (J) (X) | A | Dividend | J | T | | | | | |
| 182. Oshkosh Corp (J) (X) | A | Dividend | J | T | | | | | |
| 183. Pepsico Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 184. Pfizer (J) | A | Dividend | J | T | | | | | |
| 185. Priceline Group (J) | | None | J | T | | | | | |
| 186. Quest Diagnostics Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 187. Raytheon Company (J) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Ross Stores Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 189. S & P Global Inc. (J) | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 190. Sealed Air Corp (J) (X) | A | Dividend | | | Sold | 06/02/17 | J | | |
| 191. Schlumberger Ltd (J) (X) | A | Dividend | J | T | | | | | |
| 192. Starbucks Corp (J) (Y) | | | | | | | | | |
| 193. Synchrony Financial (J) | A | Dividend | J | T | | | | | |
| 194. Tax-Aware Overlay A Portfolio SATOX (J) | C | Dividend | M | T | Buy (add'l) | 01/10/17 | J | | |
| 195. | | | | | Sold (part) | 03/31/17 | J | | |
| 196. | | | | | Sold (part) | 05/31/17 | J | | |
| 197. | | | | | Sold (part) | 07/31/17 | J | | |
| 198. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 199. Tax-Aware Overlay B Portfolio SBTOX (J) | B | Dividend | L | T | Buy (add'l) | 01/10/17 | J | | |
| 200. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 201. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 202. Texas Instruments Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 203. T-Mobile US Inc. (J) (X) | | None | J | T | | | | | |
| 204. Tyson Foods Inc.-Cl-A (J) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Unitedhealth Group Inc. UNH (J) | A | Dividend | J | T | | | | | |
| 206. US Bancorp (J) (X) | A | Dividend | J | T | | | | | |
| 207. Verizon Communications (J) (Y) | | | | | | | | | |
| 208. Visa Inc. - Class A Shares (J) (X) | A | Dividend | J | T | | | | | |
| 209. Voya International (J) (Y) | | | | | | | | | |
| 210. Wal-mart Stores Inc. (J) | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 211. Walt Disney Co (J) | A | Dividend | J | T | | | | | |
| 212. Wells Fargo (J) | A | Dividend | J | T | | | | | |
| 213. Xerox Corp (J) (X) | A | Dividend | J | T | | | | | |
| 214. Xilinx Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 215. Zoetis Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 216. AllianceBernstein Discovery Growth Fnd | | None | J | T | | | | | |
| 217. AllianceBernstein Value Fnd | A | Dividend | J | T | | | | | |
| 218. AB International Samll Cap Portfolio | A | Dividend | K | T | | | | | |
| 219. AB International Strategic Equities | A | Dividend | L | T | Buy (add'l) | 08/07/17 | J | | |
| 220. | | | | | Buy (add'l) | 12/15/17 | K | | |
| 221. AB Small Cap Core Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Adobe Systems Inc. | | None | J | T | | | | | |
| 223. Aetna Inc | A | Dividend | J | T | | | | | |
| 224. Alexion Pharmaceuticals Inc. (X) | | None | | | Sold | 05/23/17 | J | | |
| 225. Google Inc -CL C | | None | J | T | Buy (add'l) | 02/03/17 | J | | |
| 226. | | | | | Sold (part) | 04/06/17 | J | | |
| 227. Altria Group Inc | A | Dividend | J | T | | | | | |
| 228. American Electric Power (X) | A | Dividend | J | T | | | | | |
| 229. American International Group | A | Dividend | J | T | | | | | |
| 230. Apple Inc | A | Dividend | J | T | | | | | |
| 231. Bank of America | A | Dividend | J | T | | | | | |
| 232. Bernstein Diversified Municipal Portfolio | D | Dividend | O | T | | | | | |
| 233. Bernstein Emerging Mkts | A | Dividend | K | T | | | | | |
| 234. Bernstein Tax-Managed Int'l Portfolio | A | Dividend | K | T | Sold (part) | 08/07/17 | K | | |
| 235. Biogen IDEC Inc | | None | J | T | | | | | |
| 236. Boeing Co/The | A | Dividend | J | U | Buy | 08/23/17 | J | | |
| 237. Capital One Fin Corp (Y) | | | | | | | | | |
| 238. Cash - Aliance Bernstein (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 31

**Name of Person Reporting**

**PADOVA, JOHN R.**

**Date of Report**

06/28/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. CBS Corp-Class B Non Voting (X) | A | Dividend | J | T | | | | | |
| 240. Cdw Corp/DE (X) | A | Dividend | J | T | | | | | |
| 241. Cerner Corp | | None | J | T | Buy | 08/23/17 | J | | |
| 242. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 243. Comast Corp-Class A | A | Dividend | J | T | | | | | |
| 244. Conagra Brands Inc. | A | Dividend | | | Buy | 03/02/17 | J | | |
| 245. | | | | | Sold | 09/29/17 | J | | |
| 246. Costco Wholesale COST | A | Dividend | J | T | | | | | |
| 247. CVS Health Corp (Y) | | | | | | | | | |
| 248. Devon Energy Corporation (X) | A | Dividend | J | T | | | | | |
| 249. Discover Financial Services DFS | A | Dividend | | | Sold (part) | 05/05/17 | J | | |
| 250. | | | | | Sold | 05/08/17 | J | | |
| 251. Dollar General Corp | A | Dividend | | | Sold | 05/24/17 | J | | |
| 252. Dow Chemical Corp | A | Dividend | J | T | | | | | |
| 253. Dr Pepper Snapple | A | Dividend | | | Sold | 06/23/17 | J | | |
| 254. Eaton Corp PLC | A | Dividend | J | T | | | | | |
| 255. EBAY Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Edison International | A | Dividend | J | T | | | | | |
| 257. Edwards Lifeciences | | None | J | T | | | | | |
| 258. EOG Resources | A | Dividend | J | T | | | | | |
| 259. Exxon Mobil Corp | A | Dividend | J | T | Sold (part) | 06/02/17 | J | | |
| 260. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 261. Facebook Inc-A | | None | J | T | | | | | |
| 262. Fiserv | | None | J | T | | | | | |
| 263. FNF Group | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 264. General Electric Co (Y) | | | | | | | | | |
| 265. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 266. Goldman Sachs Group | A | Dividend | J | T | Buy | 03/16/17 | J | | |
| 267. Hellmerich & Payne | A | Dividend | | | Sold | 06/16/17 | J | | |
| 268. Hess Corp | A | Dividend | J | T | | | | | |
| 269. Hewlett-Packard | A | Dividend | J | T | | | | | |
| 270. Home Depot Inc. HD | A | Dividend | | | Sold | 11/20/17 | J | | |
| 271. Honeywell International Inc. | A | Dividend | J | T | | | | | |
| 272. Intel Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Intl Business Machines Corp | A | Dividend | | | Sold | 07/28/17 | J | | |
| 274. Intuitive Surgical Inc | | None | J | T | Sold (part) | 09/07/17 | J | | |
| 275. Johnson & Johnson | A | Dividend | | | Sold | 06/05/17 | J | | |
| 276. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 277. Kimberly-Clark Corp | A | Dividend | J | T | Buy | 06/23/17 | J | | |
| 278. Kroger Co (Y) | | | | | | | | | |
| 279. L-3 Communications | A | Dividend | J | T | | | | | |
| 280. Magna International Inc | A | Dividend | J | T | | | | | |
| 281. Marathon Petroleum Corp (X) | A | Dividend | J | T | | | | | |
| 282. Mcdonald's Corp | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 283. Mckesson Corp (X) | A | Dividend | J | T | | | | | |
| 284. Medtronic PLC | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 285. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 286. Merck & Co. Inc. (X) | A | Dividend | J | T | | | | | |
| 287. Microsoft Corp | A | Dividend | J | T | | | | | |
| 288. Mid-America Apartment Comm | A | Dividend | J | T | Buy | 06/01/17 | J | | |
| 289. Nike Inc. - Cl B (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Nisource Inc. (X) | A | Dividend | J | T | | | | | |
| 291. Norfolk Southern Corp | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 292. Northrop Grumman Corp (X) | A | Dividend | J | T | | | | | |
| 293. ORACLE CORP ORCL | A | Dividend | J | T | | | | | |
| 294. Oshkosh Corp | A | Dividend | J | T | | | | | |
| 295. Palo Alto Networks Inc. (Y) | | | | | | | | | |
| 296. Pepsico Inc | A | Dividend | J | T | | | | | |
| 297. Pfizer Inc | A | Dividend | J | T | Sold (part) | 02/28/17 | J | | |
| 298. Priceline Group | | None | J | T | Sold (part) | 05/23/17 | J | | |
| 299. Quest Diagnostics Inc. (X) | A | Dividend | J | T | | | | | |
| 300. Raytheon Company (X) | A | Dividend | J | T | | | | | |
| 301. Ross Stores Inc. | A | Dividend | J | T | Buy | 11/21/17 | J | | |
| 302. S & P Global, Inc. | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 303. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 304. Sealed Air Corp | A | Dividend | | | Sold | 06/02/17 | J | | |
| 305. Starbucks Corp | A | Dividend | J | T | | | | | |
| 306. Synchrony Financial (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Tax-Aware Overlay A Portfolio Class 1 | A | Dividend | L | T | Buy (add'l) | 12/19/17 | J | | |
| 308. Tax-Aware Overlay B Portfolio Class 1 | D | Dividend | N | T | Buy (add'l) | 12/19/17 | J | | |
| 309. Texas Instruments Inc. | A | Dividend | J | T | Sold (part) | 08/07/17 | J | | |
| 310. T-Mobile US Inc. (X) | | None | J | T | | | | | |
| 311. Tyson Foods Inc. | A | Dividend | J | T | | | | | |
| 312. United Technologies UTX (Y) | | | | | | | | | |
| 313. Unitedhealth Group | A | Dividend | J | T | | | | | |
| 314. US Bancorp | A | Dividend | J | T | | | | | |
| 315. Verizon Communications VZ | A | Dividend | | | Sold (part) | 05/24/17 | J | | |
| 316. | | | | | Sold | 05/25/17 | J | | |
| 317. Visa Inc Class A Shrs | A | Dividend | J | T | | | | | |
| 318. Walt Disney | A | Dividend | J | T | | | | | |
| 319. Wal-Mart Stores Inc. | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 320. Wells Fargo | A | Dividend | J | T | Sold (part) | 04/17/17 | J | | |
| 321. | | | | | Sold (part) | 06/22/17 | J | | |
| 322. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 323. Xerox | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Xilinx Inc. (X) | A | Dividend | J | T | | | | | |
| 325.  Zoetix Inc. (X) | A | Dividend | J | T | | | | | |
| 326.  IRA - Sanford C. Bernstein & Co., LLC | | | | | | | | | |
| 327.  - AB Discovery Growth CHCYX | | None | J | T | Sold (part) | 11/21/17 | J | | |
| 328.  - AB Discovery Value Fund ABYSX | A | Dividend | J | T | | | | | |
| 329.  - AB GLOBAL BOND FUND- ADV | D | Dividend | M | T | Buy (add'l) | 08/07/17 | J | | |
| 330. | | | | | Sold (part) | 11/21/17 | J | | |
| 331.  - AB High Income | C | Dividend | | | Sold | 07/25/17 | M | | |
| 332.  - AB International Small Cap Portfolio | A | Dividend | K | T | | | | | |
| 333.  - AB International Strategic Equities Portfolio | A | Dividend | L | T | Buy (add'l) | 08/07/17 | K | | |
| 334. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 335.  - AB Small Cap Core Portfolio Adv Cl | A | Dividend | J | T | | | | | |
| 336.  - AB Sustainable Global Thematic Fund- Advisor Class | | | M | T | Buy | 07/26/17 | M | | |
| 337.  - Adobe Systems Inc. (X) | | | J | T | | | | | |
| 338.  - AETNA INC | A | Dividend | J | T | | | | | |
| 339.  - Google Inc GOOG | | None | J | T | Sold (part) | 11/21/17 | J | | |
| 340.  - Altria Group MO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - American Electric Power | A | Dividend | J | T | | | | | |
| 342. - American International Group | A | Dividend | J | T | | | | | |
| 343. - Apple Inc AAPL | A | Dividend | J | T | | | | | |
| 344. - Bank of America BAC | A | Dividend | J | T | | | | | |
| 345. - Bernstein Emerging Market SNEMX | A | Dividend | J | T | | | | | |
| 346. - BERNSTEIN INTERMEDIATE DURATION PORTFOLIO SNIDX | D | Dividend | M | T | Buy (add'l) | 08/07/17 | J | | |
| 347. | | | | | Sold (part) | 11/21/17 | J | | |
| 348. - Bernstein International SIMTX | A | Dividend | K | T | Sold (part) | 11/21/17 | K | | |
| 349. - Biogen BIIB | | None | J | T | | | | | |
| 350. - Boeing Co/The | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 351. - CBS Corp-Class B Non Voting (X) | A | Dividend | J | T | | | | | |
| 352. - CDW Corp/DE (X) | A | Dividend | J | T | | | | | |
| 353. - Cerner Corp (X) | A | Dividend | J | T | | | | | |
| 354. - Cisco Systems Inc. (X) | A | Dividend | J | T | | | | | |
| 355. - COMCAST CORP-CLASS A CMCSA | A | Dividend | J | T | | | | | |
| 356. - Costco Wholesale COST | A | Dividend | J | T | | | | | |
| 357. - Devon Energy Corporation (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - DowChemical Co | A | Dividend | J | T | | | | | |
| 359. - Dr. Pepper Snapple Group Inc. (X) | A | Dividend | | | Sold | 06/23/17 | J | | |
| 360. - Eaton Corp PLC (X) | A | Dividend | J | T | | | | | |
| 361. - Ebay EBAY | | None | J | T | | | | | |
| 362. - Edison International | A | Dividend | J | T | | | | | |
| 363. - Edwards Lifesciences (X) | | None | J | T | | | | | |
| 364. - EOG Resources Inc | A | Dividend | J | T | | | | | |
| 365. - Exxon Mobil Corp | A | Dividend | J | T | Sold (part) | 06/02/17 | J | | |
| 366. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 367. - Facebook Inc-A | | None | J | T | | | | | |
| 368. - Fiserv Inc. (X) | | None | J | T | | | | | |
| 369. - FNF Group (X) | A | Dividend | J | T | | | | | |
| 370. - General Electric Co (Y) | | | | | | | | | |
| 371. - Gilead Sciences Inc. (X) | A | Dividend | J | T | | | | | |
| 372. - Goldman Sachs Group Inc. (X) | A | Dividend | J | T | | | | | |
| 373. - Hess Corp (X) | A | Dividend | J | T | | | | | |
| 374. - Hewlett-Packard HPQ (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - HOME DEPOT INC HD | A | Dividend | | | Sold | 06/02/17 | J | | |
| 376. - Honeywell International Inc. | A | Dividend | J | T | | | | | |
| 377. - HP Inc. | A | Dividend | J | T | | | | | |
| 378. - Intel Corp | A | Dividend | J | T | | | | | |
| 379. - Intl Business Machines Corp | A | Dividend | J | T | | | | | |
| 380. - Intuitive Surgical Inc. (X) | | None | J | T | Sold (part) | 08/31/17 | J | | |
| 381. - Johnson & Johnson | A | Dividend | | | Sold | 06/05/17 | J | | |
| 382. - JP Morgan Chase & Co | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 383. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 384. - Kimberly-Clark Corp | A | Dividend | J | T | Buy | 06/23/17 | J | | |
| 385. - Magna International Inc. (X) | A | Dividend | J | T | | | | | |
| 386. - Marathon Petroleum Corp (X) | A | Dividend | J | T | | | | | |
| 387. - Mcdonald's Corp (X) | A | Dividend | J | T | | | | | |
| 388. - Mckesson Corp (X) | A | Dividend | J | T | | | | | |
| 389. - Medtronic PLC | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 390. - Merck & Co. (X) | A | Dividend | J | T | | | | | |
| 391. - Microsoft Corp MSFT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Mid-America Apartment Comm | A | Dividend | J | T | Buy | 06/01/17 | J | | |
| 393. - Nike Inc NKE | A | Dividend | J | T | | | | | |
| 394. - Nisource Inc. (X) | A | Dividend | J | T | | | | | |
| 395. - Norfolk Southern Corp | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 396. - NORTHROP GRUMMAN CORP | A | Dividend | J | T | | | | | |
| 397. - Oracle Corp (X) | A | Dividend | J | T | | | | | |
| 398. - Oshkosh Corp (X) | A | Dividend | J | T | | | | | |
| 399. - OVERLAY A PORTFOLIO CLASS SAOOX | B | Dividend | L | T | Sold (part) | 07/25/17 | J | | |
| 400. | | | | | Sold (part) | 08/07/17 | J | | |
| 401. | | | | | Sold (part) | 11/21/17 | J | | |
| 402. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 403. - OVERLAY B PORTFOLIO CLASS SBOOX | D | Dividend | N | T | Buy (add'l) | 07/25/17 | J | | |
| 404. | | | | | Sold (part) | 08/07/17 | J | | |
| 405. | | | | | Sold (part) | 11/21/17 | J | | |
| 406. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 407. - Palo Alto Netowrks INc. (X) | | None | | | Sold | 02/23/17 | J | | |
| 408. - Pepsico PEP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Pfizer Inc PFE | A | Dividend | J | T | | | | | |
| 410. - Priceline.Com PCLN | | None | J | T | | | | | |
| 411. - Quest Diagnostics Inc. (X) | A | Distribution | J | T | | | | | |
| 412. - Raytheon Company | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 413. - Ross Stores Inc. | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 414. - S&P Global Inc. | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 415. - Schlumberger SLB | A | Dividend | J | T | | | | | |
| 416. - Sealed Air Corp (X) | A | Dividend | | | Sold | 06/02/17 | J | | |
| 417. - Starbucks SBUX | A | Dividend | J | T | | | | | |
| 418. - Synchrony Financiual (X) | A | Dividend | J | T | | | | | |
| 419. - Texas Instruments Inc. | A | Dividend | J | T | | | | | |
| 420. - T-Mobile US Inc. | | None | J | T | Sold (part) | 02/15/17 | J | | |
| 421. - Tyson Foods Inc. - Cl A (X) | A | Dividend | J | T | | | | | |
| 422. - United Technologies UTX | A | Dividend | J | T | | | | | |
| 423. - Unitedhealth Group | A | Dividend | J | T | | | | | |
| 424. - US Bancorp USB | A | Dividend | J | T | | | | | |
| 425. - Verizon Communications VZ | A | Dividend | | | Sold (part) | 05/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 05/25/17 | J | | |
| 427. - VISA Inc V | A | Dividend | J | T | | | | | |
| 428. - Wal-Mart Stores Inc. | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 429. - Walt Disney Co DIS | A | Dividend | J | T | | | | | |
| 430. - Wells Fargo WFC | A | Dividend | J | T | Sold (part) | 06/22/17 | J | | |
| 431. - Xerox Corp (X) | A | Dividend | J | T | | | | | |
| 432. - Xilinx Inc. | A | Dividend | J | T | | | | | |
| 433. - Zoetis Inc. (X) | A | Dividend | J | T | | | | | |
| 434. | | | | | | | | | |
| 435. | | | | | | | | | |
| 436. | | | | | | | | | |
| 437. | | | | | | | | | |
| 438. | | | | | | | | | |
| 439. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 06/28/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JOHN R. PADOVA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544